# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00311-CV

**Viola Wells, Appellant**

**v.**

**Kingsland Estates #1 Homeowner=s Association, Appellee**

**FROM THE COUNTY COURT AT LAW OF LLANO COUNTY**
**NO. 01499, HONORABLE J. P. DODGEN, JUDGE PRESIDING**

Because appellant Viola Wells has failed to file an appellant=s brief, we will dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

The Clerk of this Court filed appellant=s notice of appeal on May 25, 2001. The clerk=s record was filed on August 17, and the reporter=s record was filed on October 17, 2001. Accordingly, appellant=s brief was due November 16.

On November 6, 2001, appellant=s counsel filed a motion to withdraw along with a motion for extension of time to file an appellant=s brief. Both motions were granted, and the deadline for filing the appellant=s brief was extended to December 17, 2001. Appellant, however, failed to comply with this extended deadline.

On March 21, 2002, this Court ordered appellant to provide a reasonable explanation by April 2 for her failure to timely file a brief and warned her that failure to provide a reasonable explanation would result in the dismissal of this appeal for want of prosecution. To date, appellant has filed neither a

brief nor a reasonable explanation for her failure to timely file a brief.  Accordingly, we dismiss the appeal for want of prosecution on our own motion.  *See id.* 42.3(b).

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed:   April 25, 2002

Do Not Publish